UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:                                                    Chapter 11

MHM EQUITIES LLC,                                          Case No. 12-41291-JF

                            Debtor.
------------------------------------------------------------X

## <u>ORDER DIMISSING CHAPTER 11 CASE</u>

**UPON** consideration of the motion (the "<u>Motion</u>") of MHM Equities LLC, the above captioned debtor and debtor-in-possession (the "<u>Debtor</u>"), by its attorneys, Rattet Pasternak, LLP, for an Order Dismissing the Chapter 11 Case, and upon the Notice of Presentment dated October 25, 2012 November 16, 2012 having being served on all creditors and parties in interest; and no objection having been filed; and for good and sufficient cause; it is hereby

**ORDERED**, that the Motion is granted and the case is hereby dismissed; and it is further

**ORDERED**, that the Debtor shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.; and it is further

**ORDERED**, that the Bankruptcy Court shall retain jurisdiction over any pending Adversary Proceedings relate to this Chapter 11 case.

Dated: Brooklyn, New York
            November 16, 2012

                                        s/Jerome Feller
                                        HONORABLE JEROME FELLER
                                        UNITED STATES BANKRUPTCY JUDGE